MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendant
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VESELY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., UNITED AIR LINES, INC., AMR CORP., and AMERICAN AIRLINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04654-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Daniel Vesely and Defendants British Airways Plc, Virgin Atlantic Airways Ltd., United Air Lines, Inc., AMR Corp., and American Airlines, Inc. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a

-1-

1  response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the
2  JPML rules on a motion pending in *In re International Air Transportation Surcharge*
3  *Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all
4  Plaintiffs in the single transferee Court and served on the Defendant.  Plaintiff Daniel
5  Vesely has consented to the requested extension.  In support of this stipulation, the
6  parties state:

7      1.    The Complaint in this matter was filed on July 31, 2006.  It seeks relief
8  under the Sherman Act and the Clayton Act against five defendants on behalf of a
9  putative class.

10      2.    Nearly 81 similar actions have been filed in various jurisdictions around
11  the country.

12      3.    There is a motion pending before the Judicial Panel on Multidistrict
13  Litigation ("JPML") to consolidate and transfer actions like this one to a single
14  venue.  The JPML is considering this motion to consolidate in a matter captioned *In*
15  *re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

16      4.    The parties have agreed that this stipulation does not constitute a waiver
17  of any defenses, including but not limited to, the defenses of lack of personal
18  jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants
19  expressly reserve their right to raise all defenses in response to either the current
20  complaint or any consolidated amended complaint that may subsequently be filed
21  relating to this action.

22      THEREFORE, the parties request that this Court order that the time in which
23  Defendants must answer or otherwise respond to this matter is the later of (1) the
24  date when the Defendant would otherwise be required to file a response pursuant to
25  Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion
26  pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04654-MJJ

No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated: August 4, 2006          THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 205073)
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

*Attorneys for Plaintiff Daniel Vesely*

Dated: August 4, 2006          MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Attorneys for Defendant United Air Lines, Inc.*

-3-

| | | |
|---|---|---|
| 1 | Dated: August 4, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 956-7500
F: (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated: August 4, 2006    SIMPSON THACHER & BARTLETT LLP

/s/
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
T: (650) 251-5000
F: (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-

| | |
|---|---|
| Dated: August 4, 2006 | WEIL, GOTSHAL & MANGES LLP |
| | /s/ _____ |
| | Gayle E. Rosenstein (SBN 237975) |
| | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | T: (650) 802-3000 |
| | F: (650) 802-3100 |
| | *Attorneys for Defendants AMR Corporation and American Airlines, Inc.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: 8/8/2006

_____
Honorable Martin J. Jenkins

-5-

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04654-MJJ