1  MAYER, BROWN, ROWE & MAW LLP
   EDWARD D. JOHNSON (SBN 189475)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-4557
   wjohnson@mayerbrownrowe.com
5

6  MAYER, BROWN, ROWE & MAW LLP
   RICHARD J. FAVRETTO
7  1909 K Street, N.W.
   Washington, D.C. 20006
8  Telephone: (202) 263-3000
   Facsimile: (202) 263-3300
9  rfavretto@mayerbrownrowe.com

10 Attorneys for Defendant
   UNITED AIR LINES, INC.
11
   Additional Counsel Appear on Signature Page
12

13
                **UNITED STATES DISTRICT COURT**
14
              **NORTHERN DISTRICT OF CALIFORNIA**
15

16 DANIEL VESELY, individually and          CASE NO. CV 06-04654-MJJ
   on behalf of all others similarly situated,
17                                          **STIPULATION AND [PROPOSED]**
                    Plaintiff,             **ORDER TO EXTEND TIME TO**
18                                         **RESPOND TO COMPLAINT**
        v.
19
   BRITISH AIRWAYS PLC, VIRGIN
20 ATLANTIC AIRWAYS, LTD.,
   UNITED AIR LINES, INC., AMR
21 CORP., and AMERICAN AIRLINES,
   INC.,
22
                    Defendants.
23

24       Pursuant to Local Rule 6-1, Plaintiff Daniel Vesely and Defendants British

25 Airways Plc, Virgin Atlantic Airways Ltd., United Air Lines, Inc., AMR Corp., and

26 American Airlines, Inc. respectfully request that this Court enter an order extending

27 the time in which Defendants must answer or otherwise respond to this matter until

28 the later of (1) the date when the Defendant would otherwise be required to file a

                                    -1-

1   response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the

2   JPML rules on a motion pending in *In re International Air Transportation Surcharge*

3   *Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all

4   Plaintiffs in the single transferee Court and served on the Defendant.  Plaintiff Daniel

5   Vesely has consented to the requested extension.  In support of this stipulation, the

6   parties state:

7          1.      The Complaint in this matter was filed on July 31, 2006.  It seeks relief

8   under the Sherman Act and the Clayton Act against five defendants on behalf of a

9   putative class.

10          2.      Nearly 81 similar actions have been filed in various jurisdictions around

11   the country.

12          3.      There is a motion pending before the Judicial Panel on Multidistrict

13   Litigation ("JPML") to consolidate and transfer actions like this one to a single

14   venue.  The JPML is considering this motion to consolidate in a matter captioned *In*

15   *re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

16          4.      The parties have agreed that this stipulation does not constitute a waiver

17   of any defenses, including but not limited to, the defenses of lack of personal

18   jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants

19   expressly reserve their right to raise all defenses in response to either the current

20   complaint or any consolidated amended complaint that may subsequently be filed

21   relating to this action.

22          THEREFORE, the parties request that this Court order that the time in which

23   Defendants must answer or otherwise respond to this matter is the later of (1) the

24   date when the Defendant would otherwise be required to file a response pursuant to

25   Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion

26   pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

27

28

-2-

1   No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee

2   Court and served on the Defendant.

3

4          Respectfully submitted,

5

6      Dated:  August 4, 2006              THE FURTH FIRM, LLP

7

8                                          /s/ _____
                                           Michael P. Lehmann (SBN 77152)
9                                          Jon T. King (SBN 205073)
                                           225 Bush Street, 15th Floor
10                                         San Francisco, CA  94104-4249
11                                         T:  (415) 433-2070
                                           F:  (415) 982-2076
12

13                                         *Attorneys for Plaintiff Daniel Vesely*

14
       Dated:  August 4, 2006              MAYER, BROWN, ROWE & MAW LLP
15

16                                         /s/ _____
17                                          Edward D. Johnson (SBN 189475)
                                            Two Palo Alto Square, Suite. 300
18                                          3000 El Camino Real
                                            Palo Alto, CA  94306
19                                          T:  (650) 331-2000
20                                          F:  (650) 331-4537

21
                                           Richard J. Favretto
22                                         MAYER, BROWN, ROWE & MAW LLP
                                           1909 K Street, NW
23                                         Washington, DC  20006
24
25                                         *Attorneys for Defendant United Air Lines, Inc.*

26

27

28
                                           -3-

Dated: August 4, 2006          SULLIVAN & CROMWELL LLP


                                /s/
                                _____
                                Brendan P. Cullen (SBN 194057)
                                SULLIVAN & CROMWELL LLP
                                1870 Embarcadero Road
                                Palo Alto, CA  94303
                                T:  (650) 461-5600
                                F:  (650) 461-5700


                                Daryl A. Libow
                                SULLIVAN & CROMWELL LLP
                                1701 Pennsylvania Avenue, NW
                                Washington, DC  20006
                                T:  (202) 956-7500
                                F:  (202) 293-6330


                                *Attorneys for Defendant British Airways Plc*


Dated: August 4, 2006          SIMPSON THACHER & BARTLETT LLP


                                /s/
                                _____
                                Charles E. Koob (SBN 47349)
                                Harrison J. Frahn (SBN 206822)
                                SIMPSON THACHER & BARTLETT LLP
                                2550 Hanover Street
                                Palo Alto, CA  94304
                                T:  (650) 251-5000
                                F:  (650) 251-5002


                                *Attorneys for Defendant Virgin Atlantic
                                Airways Limited*

-4-

Dated:  August 4, 2006          WEIL, GOTSHAL & MANGES LLP


/s/_____
Gayle E. Rosenstein (SBN 237975)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
T:  (650) 802-3000
F:  (650) 802-3100

*Attorneys for Defendants AMR Corporation
and American Airlines, Inc.*


PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:  8/8/2006

_____
Honorable Martin J. Jenkins

-5-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04654-MJJ